Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH RECKELHOFF,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>    Defendants. | Federal Case No.: 3:16-cv-06379-JST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT JPMORGAN CHASE BANK, N.A.; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff Kenneth Reckelhoff and defendant Chase Bank USA, N.A. (erroneously sued as JPMorgan Chase Bank, N.A.) ("Chase"), through their designated counsel, that Chase be dismissed with prejudice from the above-captioned action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

1

STIPULATION OF DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK, N.A.; [PROPOSED] ORDER

| | | |
|---|---|---|
| DATED: April 12, 2017 | | **Sagaria Law, P.C.** |
| | By: | */s/ Elliot W. Gale* |
| | | Elliot W. Gale |
| | | Attorneys for Plaintiff |
| | | Kenneth Reckelhoff |

| | | |
|---|---|---|
| DATED: April 12, 2017 | | **Covington and Burling LLP** |
| | By: | */s/Megan Rodgers* |
| | | Megan Rodgers |
| | | Attorneys for Defendant |
| | | Chase Bank USA, N.A. (erroneously sued as JPMorgan Chase Bank, N.A.) |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Megan Rodgers has concurred in this filing.
*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Chase is dismissed with prejudice from the above-captioned action. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

DATED: April 13, 2017

JON S. TIGAR
UNITED STATES DISTRICT JUDGE